**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7634**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

HARRY T. KEELING, JR.,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CR-93-62-R, CA-96-622-R)

---

Submitted:  March 13, 1997          Decided:  March 19, 1997

---

Before HALL, ERVIN, and WILKINS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Harry T. Keeling, Jr., Appellant Pro Se.  Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting in part and denying in part his motion under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. United States v. Keeling, Nos. CR-93-62-R; CA-96-622-R (W.D. Va. Oct. 11, 1996). We deny Appellant's motion requesting transcripts at government expense because the appeal does not present a substantial question. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED